1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
3  BRANDON C. JAROCH
   Assistant Federal Public Defender
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
6  (702) 388-6261/Fax
   Brandon_Jaroch@fd.org
7
   Attorney for Brandon Patton
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON PATTON,<br><br>        Defendant. | Case No.: 2:19-cr-00209-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Brandon Patton, that the Sentencing Hearing currently scheduled on June 9, 2020, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs additional time to prepare for the sentencing hearing, collect mitigation evidence, and allow for travel of family and friends from out of state.

2. The U.S. Probation Office needs additional time to conduct the client's interview and prepare the presentence investigation report.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 17th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brandon C. Jaroch*<br>By_____<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By_____<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00209-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON PATTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, June 9, 2020, at 10:00 a.m., be vacated and continued to September 23, 2020 at the hour of 9:00 a.m. in courtroom 6C.

DATED this 18th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE