RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Brandon Patton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00209-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| BRANDON PATTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Shaheen Torgoley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Brandon Patton, that the Sentencing Hearing currently scheduled on September 23, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Patton, which is relevant to the sentencing disposition of this case.

2. Mr. Patton, along with his family, would like to be physically present before the Court at the time of sentencing, which is extremely difficult at this time given the ongoing COVID-19 pandemic.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 8th day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brandon C. Jaroch*<br>By_____<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | */s/ Shaheen Torgoley*<br>By_____<br>SHAHEEN TORGOLEY<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON PATTON,<br><br>    Defendant. | Case No.: 2:19-cr-00209-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, September 23, 2020, at 1:00 p.m., be vacated and continued to December 9, 2020 at the hour of 3:30 p.m. in LV Courtroom 6C.

DATED this 8th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE