**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| United States of America, | Case No.: 2:19-cr-00209-APG-EJY |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS** |
| v. | [ECF No. 52] |
| Brandon Patton, | |
| Defendant. | |

Based upon the unfortunate passing of defendant Brandon Patton, I hereby grant the motion to dismiss this case (ECF No. 52). The clerk of court is instructed to close this file.

Dated: October 22, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE